**Van–013** [Notice of Final Hearing] (Rev. 01/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 09–02129–BGC7 |
| Jeffrey Allen Kerstner | **Chapter** 7 |
| **SSN:** xxx–xx–2590 | |
| Debra Ann Kerstner | |
| **SSN:** xxx–xx–7307 | |
| **Debtor(s)** | |

## NOTICE OF FINAL HEARING

Notice is hereby given that **Susannah Walker, Attorney for Bac Home Loans Servicing Inc** filed a **Motion for Relief from Automatic Stay** in the above–styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date: Tuesday, June 23, 2009**          **Time: 10:30 AM**

**Location: Robert S. Vance Federal Bldg., 1800 5th Avenue North, Courtroom 4, 3rd Floor, Birmingham, AL 35203**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached and filed with the Court by an attorney prior to the hearing date.

Dated: May 26, 2009                    By:

                                       Scott W. Ford, Clerk
                                       United States Bankruptcy Court

bae

# CERTIFICATE OF NOTICE

```
District/off: 1126-2           User: bellis                Page 1 of 1                  Date Rcvd: May 26, 2009
Case: 09-02129                 Form ID: van013             Total Served: 5

The following entities were served by first class mail on May 28, 2009.
db/jdb         +Jeffrey Allen Kerstner,   Debra Ann Kerstner,   5543 Hwy 55,   Wilsonville, AL 35186-6474
smg            +Valrey Early,   BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +CitiMortgage Inc.,   P O Box 829009,   Dallas, TX 75382-9009
cr             +United Consumer Financial Serv,   C/O Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
5843525        +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
                 Simi Valley, CA 93062-5170

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 28, 2009**            **Signature:** *Joseph Speetjens*